IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HAIR STUDIO 1208, LLC, individually and on behalf of all others similarly situated, | : : : : | |
| Plaintiff, | : : : | CIVIL ACTION |
| v. | : : | NO. 20-2171 |
| HARTFORD UNDERWRITERS INSURANCE CO., | : : : : | |
| Defendant. | : | |

# ORDER

**AND NOW**, this 14th day of May, 2021, upon consideration of Defendant's Motion for Judgment on the Pleadings (Doc. No. 23), Plaintiff's Response (Doc. No. 48), Defendant's Reply (Doc. No. 51), and the parties' Notices of Supplemental Authority (Doc. Nos. 52, 53, 54, and 59), it is hereby **ORDERED** that the Motion is **GRANTED** and the Amended Complaint is **DISMISSED WITH PREJUDICE**. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**